UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| | : | |
| v. | : | Crim. No. 13-228 (WHW) |
| | : | |
| MICHAEL SALCEDO | : | ORDER FOR CONTINUANCE |

This matter having been opened to the Court by Paul J.
Fishman, United States Attorney for the District of New Jersey
(Cheryl M. Cucinello, Special Assistant United States Attorney
appearing), and the defendant Michael Salcedo (Patrick McMahon,
Assistant Federal Public Defender, appearing) for an order
granting a continuance of the proceedings in the above-captioned
matter; and the Defendant being aware that he has the right
under 18 U.S.C. § 3161(c)(1) to have the matter presented to a
trial jury within seventy (70) days of his arraignment; and the
Defendant through his attorney having consented to the
continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action
should be continued for the following reasons:

1.   Plea negotiations currently are in progress, and
both the United States and the Defendant seek
additional time to achieve successful resolution
of these negotiations, which would render trial
of this matter unnecessary;

1

2.  Defendant has consented to the aforementioned continuance;

3.  The grant of a continuance will likely conserve judicial resources; and

4.  Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.

WHEREFORE, it is on this _30_ day of April, 2013,

ORDERED that the proceedings in the above-captioned matter are continued from April 26, 2013 through July 19, 2013; and

IT IS FURTHER ORDERED that the period from April 26, 2013 through July 19, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE WILLIAM H. WALLS
United States District Judge

Consented and Agreed to by:

_____
Patrick McMahon
Counsel for Defendant Michael Salcedo

_____
Cheryl M. Cucinello
Special Assistant U.S. Attorney